BEFORE THE SECOND DIVISION, MARCH 12, 1941

**No. 45538.**—Protests 706630–G, etc., of E. E. Alley & Co. et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 12, 1941

**No. 45539.**—Protests 43388–K, etc., of John Alban & Co., Inc., et al. (New York).

Opinion by EVANS, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45540.**—Protests 47976–K, etc., of Andrew Makris & Bros. et al. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance should have been made in the weight of the cheese for the inedible covering. The protests were therefore sustained.

**No. 45541.**—Protests 658040–G, etc., of N. S. Monahos & Co., Inc. (New York).

Opinion by KEEFE, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302) it was held that an allowance should have been made in the weight of the cheese for the inedible covering. The protests were therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 17, 1941

**No. 45542.**—Protest 38939–K of Noni G. Bose (Philadelphia).

Opinion by Kincheloe, J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the protest was sustained.

**No. 45543.**—Protests 706881–G, etc., of Abraham & Straus, Inc., et al. (New York).

Opinion by Kincheloe, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45544.**—Protests 708547–G, etc., of Amtorg Trading Corp. et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45545.**—Protests 720185–G, etc., of Barney Anderson & Co. et al. (New York).